# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JIDONG ZHANG | ) | |
| | ) | |
| PLAINTIFF, | ) | CASE NO. CIV-16-1044-SLP |
| | ) | |
| v. | ) | |
| | ) | |
| TIPTOP ENERGY PRODUCTION | ) | |
| U.S., LLC, a limited liability company, | ) | |
| | ) | |
| | ) | |
| DEFENDANT. | ) | |

## PLAINTIFF'S FINAL EXHIBIT LIST

Key:   E = Expected to be called or used
M = May be called or used if the need arises

| No. | Bates label | Description of exhibit | |
|---|---|---|---|
| 1. | JZ001-011 | Regulation about rotation of employees working overseas issued by SIPC (including English translation) | E |
| 2. | JZ 012 | Zhang's translation of regulation document | E |
| 3. | JZ 013 | May 20, 2015 email sent to President Feng by Jidong Zhang (including English translation) | E |
| 4. | JZ 014-015 | Zhang's translation of May 20, 2015 email sent to President Feng | E |
| 5. | JZ 016-017 | May 20, 2015 email from SIPC (forwarded by Mr. Wang) telling Jidong Zhang that she would be demoted if she did not give up permanent residency (including English translation) | E |
| 6. | JZ 018 | June 20, 2015 email from Jidong Zhang informing Mr. Wang of the EEOC charge (including English translation) | E |
| 7. | JZ 019 | May 27, 2015 notice of China transfer to Jidong Zhang (including English translation) | E |
| 8. | JZ 020 | Zhang's translation of May 27, 2015 notice of transferring | E |
| 9. | JZ 021-022 | Language Associate's translation of May 27, | E |

| | | 2015 notice of transferring | |
|---|---|---|---|
| 10. | JZ 023 | May 25, 2016 notice of coming back to China and checking into headquarters before June 1, 2016 (including English translation) | E |
| 11. | JZ 024-025 | Zhang's translation titled "12. Notice of coming back to China to work ASAP from HQ | E |
| 12. | JZ 026 | Language Associate's translation of Notice of transferring back to China | E |
| 13. | JZ 027 | Second notice dated June 7, 2016 to come back to China and check with headquarters before June 13, 2016 (including English translation) | E |
| 14. | JZ 028 | Language Associate's translation of second Notice of transferring back to China | E |
| 15. | JZ 029-030 | July 15, 2016 notice of termination of labor contract (including English translation) | E |
| 16. | JZ 031 | Language Associate's translation of notice of termination of labor contract | E |
| 17. | JZ 032 | January 26, 2016 letter to Jidong Zhang regarding resignation | E |
| 18. | JZ 033 | June 4, 2015 email from HR to Jidong Zhang (with handwritten notes) (including English translation) | E |
| 19. | JZ 034 | Language Associate's translation of June 4, 2015 email | E |
| 20. | JZ 035-045 | Labor contract (including English translation) | E |
| 21. | JZ 046-055 | Language Associate's translation of labor contract | E |
| 22. | JZ 056-058 | Labor contract (incomplete) (including English translation) | M |
| 23. | JZ 059-061 | Language Associate's translation | M |
| 24. | JZ 062-064 | Notice of coming back to China to work ASAP sent June , 2015 to Jidong Zhang via email from HR (including English translation) | E |
| 25. | JZ 065-066 | Zhang's translation of "Notice of coming back to China to work ASAP" | E |
| 26. | JZ 067-69 | Language Associate's translation of Notice of | E |

| | | coming back to China | |
|---|---|---|---|
| 27. | JZ 070-084 | Regulation of labor contract (including English translation) | E |
| 28. | JZ 085-102 | Language Associate's translation of regulation of labor contract | E |
| 29. | JZ 103 | Regulation of sanction of employee's violation of discipline or regulation by Sincopec (including English translation) | E |
| 30. | JZ 104 | Language Associate's translation of regulation of sanction of employee's violation | E |
| 31. | JZ 105 | Regulation of Beijing population and birth control policy (including English translation) | E |
| 32. | JZ 106-107 | Language Associate's translation of regulation of Beijing population and birth control policy | E |
| 33. | JZ 108-113 | January 1, 2014 Appointed Overseas Employee Relatives and Visiting Leave Management Provisions (including English translation) | E |
| 34. | JZ 114-119 | Language Associate's translation of Appointed Overseas Employee Relatives and Visiting Leave Management Provisions | E |
| 35. | JZ 120-122 | June email thread between Jidong Zhang and HR manager Yong Luo (including English translation) | E |
| 36. | JZ 123-124 | Zhang's translation of "10. Emails exchanged with Ms. Yong Luo, the HR manager of SIPC" | E |
| 37. | JZ 125-128 | Language Associate's translation of June email thread | E |
| 38. | JZ 129-130 | Separation letter | E |
| 39. | JZ 131 | Zhang's translation titled "1.  Recording material – May 18 2015 talking with Mr. Zhongying Wang, the president of Tiptop" | E |
| 40. | JZ 132 | Zhang's translation titled "3.  Recording material – May 22nd 2015 talking with Ms. Li Feng, the HR manager of Tiptop" | E |
| 41. | JZ 133 | Zhang's translation titled "4.  Recording material – May 22nd, 2015 talking    with Mr. Zhongying | E |

|  |  | Wang, the president of Tiptop" |  |
|---|---|---|---|
| 42. | JZ 134 | Zhang's translation titled "8. June 1, 2015 talking with Mr. Zhongying Wang, the president of Tiptop and Mr. Xiang Jiang, the financial manager of Tiptop" | E |
| 43. | JZ 135 | Zhang's translation titled "9.  Recording material – June 2nd 2015 talking with Mr. Zhongying Wang, the president of Tiptop" | E |
| 44. | JZ 136 | Zhang's translation titled "11.  Recording material – June 3rd 2015 talking with Mr. Zhongying Wang, the president of Tiptop" | E |
| 45. | JZ 137 | Zhang's translation titled "13.  Recording material – June 4, 2015 talking with Mr. Zhongying Wang, the president of Tiptop" | E |
| 46. | JZ 138-139 | Zhang's translation titled "14.  Recording material – June 9th 2015 talking with Mr. Zhongying Wang, the president of Tiptop" | E |
| 47. | JZ 140 | Zhang's translation titled "15.  Memo of management meeting of Tiptop on June 15th, 2015" | E |
| 48. | JZ 141-142 | Zhang's note titled "20.  Note of phone call from my parents on July 6th, 2015" | E |
| 49. | JZ 143 | Zhang's translation titled "28.  Conversation with Ms. Li Feng, the HR manager of Tiptop on Oct 3rd, 2015" | E |
| 50. | JZ 144 | Tiptop US Holding Corporation Business Travel/Work in China/Time off Request Form | E |
| 51. | JZ 145 | Notice of extending Zhang's stay in the U.S. (including English translation) | E |
| 52. | JZ 146 | Language Associate's translation of notice of extending Zhang's stay in the U.S. | E |
| 53. | JZ 147 | Zhang's translation titled "June 29th talking with President Wang in his office" | E |
| 54. | JZ 148-149 | "Last Friday (June 19, 2015)" | E |
| 55. | JZ 150 | "June 15th afternoon, management meeting" | E |
| 56. | JZ 151 | "June 9th, afternoon in Mr. Wang's office" | E |

| 57. | JZ 152 | "Two basic situations" | E |
| 58. | JZ 154 | May 28, 2015 letter from Amanda K. Levin, M.D., F.A.C.O.G. to Jidong Zhang | E |
| 59. | JZ 155 | January 23, 2016 email from Jidong Zhang to President Wang | E |
| 60. | JZ 156-157 | May 22, 2015 minutes of SIPC meeting (including English translation) | E |
| 61. | JZ 158 | Zhang's translation titled "6. The minutes of the meeting of SIPC transferring two employees in Tiptop back to work in China" | E |
| 62. | JZ 159 | September 8, 2015 email from Jidong Zhang requesting maternity leave (including English translation) | E |
| 63. | JZ 160 | Recording of "1.4 afternoon talking with Mr. Wang" (audio) | E |
| 64. | JZ 161 | Recording of "1.4 morning talking with Mr. Wang" (audio) | E |
| 65. | JZ 162 | Recording of "5.18 morning talking with Mr. Wang" (audio) | E |
| 66. | JZ 163 | Recording of "5.22 talking with Li Feng" (audio) | E |
| 67. | JZ 164 | Recording of "5.22 talking with W" (audio) | E |
| 68. | JZ 165 | Recording of "6.1 talking with Mr. Wang and Xiang Jiang" (audio) | E |
| 69. | JZ 166 | Recording of "6.2 talking with Mr. Wang" (audio) | E |
| 70. | JZ 167 | Recording of "6.3 talking with Mr. Wang" (audio) | E |
| 71. | JZ 168 | Recording of "6.4 talking with Mr. Wang" (audio) | E |
| 72. | JZ 169 | Recording of "6.9 afternoon talking with Mr. Wang" (audio) | E |
| 73. | JZ 170 | Recording of "6.9 morning talking with Mr. Wang" (audio) | E |
| 74. | JZ 171-174 | Screenshot of chat (including English translation) | E |
| 75. | JZ 175 | 34. Conversation with Ms. Li Feng, the HR | E |

| | | manager of Tiptop on Oct 3rd, 2015 | |
|---|---|---|---|
| 76. | JZ 176 | May 28, 2015 letter from Amanda K. Levin, M.D., F.A.C.O.G. | E |
| 77. | JZ 177 | July 1, 2015 letter from Amanda K. Levin, M.D., F.A.C.O.G. | E |
| 78. | JZ 178 | Tiptop US Holding Corporation Contract Review and Approval Form (CRAF) | M |
| 79. | JZ 179-197 | US oil and gas Land management project Agreement | M |
| 80. | JZ 198 | 21. Memo of management meeting of Tiptop on June 15th, 2015 | E |
| 81. | JZ 199-200 | 41. Jan 10th, 2016 Conversation with Ms. Li Feng, the HR manager of Tiptop | E |
| 82. | JZ 201 | 38-1. 01.04.2016 morning conversation with President Zhongying Wang | E |
| 83. | JZ 202 | 38-2 01.04.2016 afternoon Conversation with President Zhongying Wang | E |
| 84. | JZ 203-212 | Chinese version of SDA Project Reserves Evaluation Contract (2013) (including English translation) | M |
| 85. | JZ 213-218 | US SDA Project Reserves Evaluation Contract (2013) | M |
| 86. | JZ 219-232 | Chinese SDA Contract (2014) (including English translation) | M |
| 87. | JZ 233-240 | Chinese SDA Contract (2015) (including English translation) | M |
| 88. | JZ 241-242 | Chinese email dated September 25, 2014 (including English translation) | M |
| 89. | JZ 243-255 | "Events list" | E |
| 90. | JZ 256-262 | May 27, 2014 Chinese document | E |
| 91. | JZ 263 | Jidong Zhang's translation of SIPC document | E |
| 92. | JZ 416-417 | TAWA Supermarket, Inc. paystub for Jidong Zhang | E |
| 93. | JZ 418 | 2016 Form 1040 tax return for Jidong Zhang | M |
| 94. | JZ 419 | 2016 W-2 from employer Don Quijote USA Co. | E |

| | | Ltd. | |
|---|---|---|---|
| 95. | JZ 420 | 2016 W-2 from employer Tiptop Energy Production US, LLC | E |
| 96. | JZ 423-425 | August 15, 2016 letter from Psychologist Ray Hand, Ph.D. | E |
| 97. | JZ 426-455 | Back pay and front pay calculation | E |
| 98. | JZ 456 | Tiptop US Holding Corporation Business Travel/Work in China/Time off Request Form | E |
| 99. | JZ 457-474 | Dr. Clark's expert report | E |
| 100. | JZ 475-476 | Attachment 2: The overseas position allowance rate of employees assigned by SIPC | E |
| 101. | JZ 477-527 | Regulation of payroll and benefit management of employees assigned to work overseas by SIPC (including English translation) | E |
| 102. | JZ 528 | Approval of overseas employees basic salary and position allowance rates of 2012 (including English translation) | E |
| 103. | JZ 529 | New pay rate after demotion (including English translation) | E |
| 104. | JZ 530-534 | Payroll of employees assigned by SIPC | E |
| 105. | JZ 535 | Payroll Journal of May 2015 prepared by Paychex | E |
| 106. | JZ 536-537 | Chinese paystub December 2015 (including English translation) | E |
| 107. | JZ 538-539 | Chinese paystub June 2015 (including English translation) | E |
| 108. | JZ 540-542 | Payroll Journal May 2013 prepared by Paychex | E |
| 109. | JZ 543 | 2013 W2 | E |
| 110. | JZ 544 | 2014 W2 | E |
| 111. | JZ 545 | 2015 W2 | E |
| 112. | JZ 546-547 | Approval of overseas employees basic salary and position allowance rates of 2015 | E |
| 113. | JZ 548 | Attachment 1 under item 8.13 on page 10 of "Tiptop implementation measures for the payroll and benefits of employees assigned" | E |

| 114. | JZ 549-555 | Explanation of Plaintiff's salary to Dr. William Clark | E |
|---|---|---|---|
| 115. | Zhang/Tiptop 1-2 | Translated SIPC document December 18, 2014 minutes of SIPC meeting (Chinese document is No. 2) | E |
| 116. | Zhang/Tiptop 3-4 | SIPC document in Chinese containing December 18, 2014 (including English translation) | E |
| 117. | Zhang/Tiptop 5-6 | Translated email from Yong Lou to Li Feng, Yui Hong Wang, Chong He and Yon Zhang dated February 25, 2015 regarding the suggestions on position swap between Jidong Zhang and Xiang Jiang | E |
| 118. | Zhang/Tiptop 7 | Email in Chinese dated Wednesday, February 25, 2015 (including English translation) | E |
| 119. | Zhang/Tiptop 8 | SIPC document in Chinese containing December 18, 2014 (including English translation) | E |
| 120. | Zhang/Tiptop 9 | Translated SIPC document "Follow-Up Explanation regarding the Implementation of the Uniformed and Revised/Tightened Absolute Financial Operation of Regulations, Expense Reports, and Subsidy/Benefits Compensation (for overseas employees)" | E |
| 121. | Zhang/Tiptop 10 | SIPC document with company seal dated April 30, 2015 (including English translation) | E |
| 122. | Zhang/Tiptop 11 | Translated email from Chang He to Zhongying Wang dated May 22, 2015 re: Matters Regarding Two U.S. Employees Rotation Back to Headquarters | E |
| 123. | Zhang/Tiptop 12 | Chinese email dated Friday, May 22, 2015 (including English translation) | E |
| 124. | Zhang/Tiptop 13-14 | Translated email from Chang He to Feng Li dated May 24, 2015 re: Response: Matters Regarding Rotation of Two U.S. Company Employees Back to Headquarters | E |
| 125. | Zhang/Tiptop 15 | Chinese email dated May 24, 2015 (including English translation) | E |
| 126. | Zhang/Tiptop 16-17 | Translated email from Chang He to Geefong Jiao and others re: Notice regarding salary adjustment | E |

| | | on Jidong Zhang and four others | |
|---|---|---|---|
| 127. | Zhang/Tiptop 18 | Chinese email dated Wednesday, May 27, 2015 (including English translation) | E |
| 128. | Zhang/Tiptop 19 | Sinopec Chinese document containing "[2015] 58" and "69165025" | E |
| 129. | Zhang/Tiptop 20 | Translation of Sinopec document "Policy and Explanation Regarding the Management of Employee Position Transfers and Rotations and Its Related Questions ( Amended Edition)" | E |
| 130. | Zhang/Tiptop 21 | Sinopec Chinese document (including English translation) | E |
| 131. | Zhang/Tiptop 22-24 | Email Trail dated May 29, 2015 from Chang He to Li Feng re: Response: Matters Regarding Rotation of Two U.S. Company Employees Back to Headquarters | E |
| 132. | Zhang/Tiptop 25-26 | Chinese email dated Friday, May 29, 2015 (including English translation) | E |
| 133. | Zhang/Tiptop 27-29 | Email Trail dated Sunday, May 31, 2015 from Chang He to Zhongying Wang re: Response: Matters Regarding Rotation of Two U.S. Company Employees Back to Headquarters | E |
| 134. | Zhang/Tiptop 30-31 | Chinese email dated Sunday, May 31, 2015 (including English translation) | E |
| 135. | Zhang/Tiptop 32-35 | Emails with starting date of June 1, 2015 from Yong Luo to Zhonghying Wang re: Forwarded: Luo Yong How are you | E |
| 136. | Zhang/Tiptop 36-37 | Chinese emails dated June 1, 2015 (including English translation) | E |
| 137. | Zhang/Tiptop 38-39 | Email Trails dated June 3, 2015 from Jidong Zhang to Luo Yong re: Response: Regards from Luo Yong | E |
| 138. | Zhang/Tiptop 40 | Chinese emails dated June 3, 2015 (including English translation) | E |
| 139. | Zhang/Tiptop 41 | Email dated Thursday, June 4, 2015 from Chang He to Jidong Zhang re: Matters Regarding Reporting Back to Work at Headquarters As | E |

| | | Soon As Possible | |
|---|---|---|---|
| 140. | Zhang/Tiptop 42-72 | Translated Sinopec Notice to Report Back to Work at Headquarters As Soon As Possible to Jidong Zhang with attachments (Regulations on Beijing City Census and Family Planning, Notice of Salary Adjustment for Zhang Jidong and Four Others, Notice of Rules on Management of Labor Contract, Labor Contract No. 2009102, Sinopec's Official Notice re Vacation Time and Home Visit for Overseas Employees Accompanying Relatives | E |
| 141. | Zhang/Tiptop 73 | Email Trails dated Monday, June 8, 2015 from Jidong Zhang to Chang He re: Response: Regarding Notice to Report Back to Work ASAP | E |
| 142. | Zhang/Tiptop 74-104 | Chinese email dated June 4, 2015 with attachments (including English translation) | E |
| 143. | Zhang/Tiptop 105 | Chinese email dated Monday, June 8, 2015 (including English translation) | E |
| 144. | Zhang/Tiptop 106 | Email dated June 4, 2015 from Chang He to Jidong Zhang re: Notice Regarding Reporting Back to Headquarters As Soon As Possible | E |
| 145. | Zhang/Tiptop 107 | Chinese Email dated June 4, 2015 (including English translation) | E |
| 146. | Zhang/Tiptop 108-109 | Notice to Report Back to Work at Headquarters As Soon As Possible to Jidong Zhang dated June 4, 2015 | E |
| 147. | Zhang/Tiptop 110-112 | Sinopec Chinese document (including English translation) | E |
| 148. | Zhang/Tiptop 113 | Regulations on Beijing City Census and Family Planning | E |
| 149. | Zhang/Tiptop 114 | Chinese document (including English translation) | E |
| 150. | Zhang/Tiptop 115 | Notice of Salary Adjustment for Zhang Jidong and Four Others dated May 27, 2015 | E |
| 151. | Zhang/Tiptop 116 | Sinopec Chinese document dated May 27, 2015 (including English translation) | E |
| 152. | Zhang/Tiptop 117 | Sinopec Document (2013) No. 110 – Printed | E |

| | | Notice of Rules on Management of Labor Contract dated February 18, 2013 | |
|---|---|---|---|
| 153. | Zhang/Tiptop 118 | Chinese document (including English translation) | E |
| 154. | Zhang/Tiptop 119-121 | Email dated June 4, 2015 from Yong Luo to Zhongying Wang re: Forwarded: Regards from Luo Yong | E |
| 155. | Zhang/Tiptop 122 | Chinese email dated June 4, 2015 (including English translation) | E |
| 156. | Zhang/Tiptop 123-124 | Email trails dated June 8, 2015 from Chang He to Jidong Zhang re: Response: Regarding Notice to Report Back to Work ASAP | E |
| 157. | Zhang/Tiptop 125 | Chinese email dated June 8, 2015 (including English translation) | E |
| 158. | Zhang/Tiptop 126-138 | Labor Contract | E |
| 159. | Zhang/Tiptop 139-149 | Chinese Labor Contract (including English translation) | E |
| 160. | Zhang/Tiptop 150 | Email trails dated June 8, 2015 from Jidong Zhang to Chang He re: Response: Regarding Notice to Report Back to Work ASAP | E |
| 161. | Zhang/Tiptop 151 | Chinese email dated June 8, 2015 (including English translation) | E |
| 162. | Zhang/Tiptop 152-153 | Email trails dated June 23, 2015 from Yong Luo to Jidong Zhang re: Forwarded: Matters Regarding Zhang Jidong's Labor Contract after July 1 | E |
| 163. | Zhang/Tiptop 154 | Chinese email dated June 23, 2015 (including English translation) | E |
| 164. | Zhang/Tiptop 155-156 | Email "From Jiang Xiang's Email" dated June 26, 2015 from Jidong Zhang to Zhongying Wang re: Response: Response | E |
| 165. | Zhang/Tiptop 157-158 | Chinese email dated June 26, 2015 (including English translation) | E |
| 166. | Zhang/Tiptop 159-160 | Email dated June 29, 2015 from Chang He to Zhongying Wang re: Response to the Duration of Zhang Jidong's Expat Assignment with attachment Response to J. Zhang's Request to | E |

| | | Extend Expat Time | |
|---|---|---|---|
| 167. | Zhang/Tiptop 161-162 | Chinese email dated June 29, 2015 with attachment (including English translation) | E |
| 168. | Zhang/Tiptop 163 | Response to Request to Extend Expat Time of Zhang Jidong dated June 29, 2015 | E |
| 169. | Zhang/Tiptop 164 | Sinopec Chinese document dated June 23, 2015 (including English translation) | E |
| 170. | Zhang/Tiptop 165-166 | Notice to Accounting and Finance Departments dated June 30, 2015 | E |
| 171. | Zhang/Tiptop 167 | Chinese document dated June 30, 2015 (including English translation) | E |
| 172. | Zhang/Tiptop 168 | July 1, 2015 letter from Amanda K. Levine, M.D., recommending Jidong not work until delivery | E |
| 173. | Zhang/Tiptop 169 | Forwarded: Requesting Permission email dated July 2, 2015 to Li Feng from Zhongying Wang | E |
| 174. | Zhang/Tiptop 170 | Chinese email requesting permission dated July 2, 2015 (including English translation) | E |
| 175. | Zhang/Tiptop 171 | Email dated July 6, 2015 from Jidong Zhang to Li Feng re: Request for Vacation | E |
| 176. | Zhang/Tiptop 172 | Chinese email dated July 6, 2015 (including English translation) | E |
| 177. | Zhang/Tiptop 173 | Email dated July 6, 2015 from Jidong Zhang to Li Feng re: Request for Vacation | E |
| 178. | Zhang/Tiptop 174 | Chinese email dated July 6, 2015 (including English translation) | E |
| 179. | Zhang/Tiptop 175-176 | Email dated July 7, 2015 from Xiang Jiang to multiple people re: Response: Notice to Accounting and Finance Departments | E |
| 180. | Zhang/Tiptop 177 | Chinese email dated July 7, 2015 (including English translation) | E |
| 181. | Zhang/Tiptop 178 | Tiptop US Holding Corporation Business Travel/Work in China/Time off Request Form | E |
| 182. | Zhang/Tiptop 179-180 | Email dated July 9, 2015 from Jidong Zhang to Li Feng re: Response: Application for Time-Off/Vacation | E |

| 183. | Zhang/Tiptop 181-182 | Chinese email dated July 9, 2015 (including English translation) | E |
| 184. | Zhang/Tiptop 183-184 | Email dated July 10, 2015 from Li Feng to Jidong Zhang re: Response: Application for Time-Off/Vacation | E |
| 185. | Zhang/Tiptop 185-186 | Chinese email dated July 10, 2015 (including English translation) | E |
| 186. | Zhang/Tiptop 187 | Email dated July 15, 2015 from Jidong Zhang to Li Feng re: Regarding Switching out/Move Offices | E |
| 187. | Zhang/Tiptop 188 | Chinese email dated July 15, 2015 (including English translation) | E |
| 188. | Zhang/Tiptop 189 | Email dated July 21, 2015 from Li Feng to Jidong Zhang re: Regarding Time-off/Vacation Time | E |
| 189. | Zhang/Tiptop 190 | Email dated July 21, 2015 (including English translation) | E |
| 190. | Zhang/Tiptop 191 | November 16, 2015 Department Weekly Meeting organized by Nana Xu | E |
| 191. | Zhang/Tiptop 192 | November 16, 2015 Department Weekly Meeting organized by Nana Xu (including English translation) | M |
| 192. | Zhang/Tiptop 193 | November 16, 2015 Department Weekly Meeting organized by Nana Xu | M |
| 193. | Zhang/Tiptop 194 | Email dated December 29, 2015 from Li Feng to Jidong Zhang re: Regarding Returning to Office | E |
| 194. | Zhang/Tiptop 195 | Chinese email dated December 29, 2015 (including English translation) | E |
| 195. | Zhang/Tiptop 196 | January 4, 2016 Department Weekly Meeting organized by Nana Xu | E |
| 196. | Zhang/Tiptop 197 | January 4, 2016 Department Weekly Meeting organized by Nana Xu | E |
| 197. | Zhang/Tiptop 198 | November 16, 2015 Department Weekly Meeting organized by Nana Xu | E |
| 198. | Zhang/Tiptop 199 | January 11, 2016 Department Weekly Meeting organized by Nana Xu (including English | E |

| | | translation) | |
|---|---|---|---|
| 199. | Zhang/Tiptop 200 | Email dated January 21, 2016 from Jidong Zhang to Zhongying Wang re: Comparison and Analysis Chart between final itemized procurement/acquisition calculation and the initial itemized procurement/acquisition with explanation on discrepancies | E |
| 200. | Zhang/Tiptop 201-205 | Detailed Explanation, Analysis, and Comparison on Discrepancies between Final Itemized Procurement/Acquisition Cost Calculation and the Initial Itemized Procurement/Acquisition Cost Calculation | E |
| 201. | Zhang/Tiptop 206-207 | "SDA Final Version on the Calculation of Itemized Procurement/Acquisition Cost" | E |
| 202. | Zhang/Tiptop 208 | Chinese email dated January 21, 2016 (including English translation) | E |
| 203. | Zhang/Tiptop 209-214 | Chinese document containing "SDA" (including English translation) | E |
| 204. | Zhang/Tiptop 215-216 | Chinese document – spreadsheet (including English translation) | E |
| 205. | Zhang/Tiptop 217-218 | Forwarded email dated January 22, 2016 regarding Jidong Zhang's separation letter from Jidong Zhang | E |
| 206. | Zhang/Tiptop 219-220 | Email dated January 24, 2016 from Zhongying Wing to Jidong Zhang re: Response to Separation Letter | E |
| 207. | Zhang/Tiptop 221-222 | Chinese email dated January 25, 2016 (including English translation) | E |
| 208. | Zhang/Tiptop 223 | January 25, 2016 Department Weekly Meeting organized by Nana Xu | M |
| 209. | Zhang/Tiptop 224 | January 25, 2016 Department Weekly Meeting organized by Nana Xu (including English translation) | M |
| 210. | Zhang/Tiptop 225-230 | Chinese emails with starting date of January 26, 2016 (including English translation) | M |
| 211. | Zhang/Tiptop 231 | January 26, 2016 letter from Zhongying Wang to Jidong Zhang re: Resignation | E |

| 212. | Zhang/Tiptop 232-245 | Translated 2012 Annual Democratic (Peer Review) Critique of Sinopec Employees and original Chinese documents | E |
|------|----------------------|----------------------------------------------------------------------------------------------------------------|---|
| 213. | Zhang/Tiptop 246-248 | 2012-2014 Total Company Allowance/Subsidy Re-Payment Chart/Statistics (Unit:USD) | E |
| 214. | Zhang/Tiptop 249 | Chinese document (including English translation) | E |
| 215. | Zhang/Tiptop 250-271 | Translated critique reviews for employees and original Chinese documents of reviews | E |
| 216. | Zhang/Tiptop 272-273 | Year – 2014 review chart | E |
| 217. | Zhang/Tiptop 274 | Chinese document with 2014 year review grades (including English translation) | E |
| 218. | Zhang/Tiptop 275-294 | Translated 2015 Performance Review and original Chinese documents | E |
| 219. | Zhang/Tiptop 295 | Year 2015 review grades "1A 7D 4_" | E |
| 220. | Zhang/Tiptop 296 | Chinese document | E |
| 221. | Zhang/Tiptop 297-298 | "All Expat Approved Base Annual Salary for 2015 and Position Allowance/Subsidies – U.S. Company" | E |
| 222. | Zhang/Tiptop 299-300 | Chinese document (2015) (including English translation) | E |
| 223. | Zhang/Tiptop 301 | "Approved Expat Base Annual Salary for 2015 and Position Allowance/Subsidies" | E |
| 224. | Zhang/Tiptop 302 | Chinese document (2015) (including English translation) | E |
| 225. | Zhang/Tiptop 303 | Copies of 2/24/2016 check no. 2946 for $40,498.21 and 2/24/2016 check no. 2947 for $13,104.54 both to Jidong Zhang | M |
| 226. | Zhang/Tiptop 304-305 | "Daily work and Duty distribution for Department of F&B" (including English translation) | M |
| 227. | Zhang/Tiptop 306-311 | HR Department Document "Notice on Further Standardizing Qualification Management of Personnel at the Deputy Director Level or Higher Whose Spouse is an Expatriate" | M |
| 228. | Zhang/Tiptop 312-319 | Chinese document dated May 27, 2014 | M |

| | | (including English translation) | |
|------|---------------------|---------------------------------------------------------------------------------------------------------------------------------------------------------|---|
| 229. | Zhang/Tiptop 335-338 | December 18, 2014 Sinopec meeting minutes (including English translation) | M |
| 230. | Zhang/Tiptop 340-354 | Detailed explanation, analysis, and comparison on discrepancies between final itemized procurements/acquisition cost calculation and the initial itemized procurement/acquisition cost calculation | M |
| 231. | Zhang/Tiptop 356-359 | April 27, 2015 response (notice/memo) on policy regarding overseas employee subsidy/benefits standard (including English translation) | M |
| 232. | Zhang/Tiptop 361-362 | Follow-up explanation regarding the implementation of the uniformed and revised/tightened absolute financial operation regulations | M |
| 233. | Zhang/Tiptop 364-365 | May 27, 2015 notice of the rotation and salary adjustment of Zhang Jidong and four others (including English translation) | E |
| 234. | Zhang/Tiptop 367-368 | June 29, 2015 response to the initial J. Zhang's request to extend expat time (including English translation) | E |
| 235. | Zhang/Tiptop 370-371 | January 21, 2016 email from Zhang Jidong to Wong Zhong Yi (including English translation) | E |
| 236. | Zhang/Tiptop 373-374 | January 22, 2016 email from Jidong Zhang to President Wang | E |
| 237. | Zhang/Tiptop 376-379 | January 24, 2016 email from Wang Zhongying to Zhang Jidong (including English translation) | E |
| 238. | Zhang/Tiptop 381 | January 26, 2016 letter from Zhongying Wang to Jidong Zhang | E |
| 239. | Zhang/Tiptop 383-385 | June 30, 2015 memo from Jiang Xiang: Notice to accounting and finance departments | M |
| 240. | Zhang/Tiptop 506-510 | Email exchange between Jidong Zhang and Yong Luo, HR Manager of SIPC dated June 2, 2015 through June 3, 2015 (including English translation) | E |
| 241. | Zhang/Tiptop 515-517 | May 22, 2015 regulation regarding rotation of | E |

| | | employees working overseas issued by SIPC (including English translation) | |
|---|---|---|---|
| 242. | Zhang/Tiptop 518-522 | Regulation issued by Tiptop May 22, 2015 (Chinese language) (including English translation) | E |
| 243. | Zhang/Tiptop 525 | Part of May 22, 2015 regulation issued by SIPC (Chinese) (including English translation) | M |
| 244. | Zhang/Tiptop 528-530 | Part of regulation issued May 22, 2015 by SIPC (including English translation) | M |
| 245. | Zhang/Tiptop 531-532 | Jidong Zhang translation of "Notice of Coming Back to China to Work ASAP" from HQ | E |
| 246. | Zhang/Tiptop 533-559 | Notice of Coming Back to China to Work from HQ with several attachments (Chinese) (including English translation) | E |
| 247. | Zhang/Tiptop 567 | Email dated May 20, 2015 from Jidong Zhang (Chinese) (including English translation) | E |
| 248. | Zhang/Tiptop 568 | May 22, 2015 document with seal stamp (Chinese) (including English translation) | E |
| 249. | Zhang/Tiptop 569-578 | May 22, 2015 resolution of Sinopec (Chinese) (including English translation) | E |
| 250. | Zhang/Tiptop 616-617 | Emails dated September 25, 2014 forwarded to Jidong Zhang by Tiptop President Zhongying Wang and from HR Department in SIPC **listed as JZ 241-242** (including English translation) | E |
| 251. | Zhang/Tiptop 618-623 | Email from Chang He dated June 4, 2015, with attachments including notice dated June 4, 2015 (including English translation) | E |
| 252. | Zhang/Tiptop 630-648 | Attachments to June 4, 2015 email (Chinese) (including English translation) | E |
| 253. | Zhang/Tiptop 669-674 | Attachment to email (Chinese) (including English translation) | E |
| 254. | Zhang/Tiptop 676 | May 27, 2015 Sinopec attachment to email (Chinese) (including English translation) | E |
| 255. | Zhang/Tiptop 677-685 | May 22, 2015 SIPC document (Chinese) (including English translation) | E |
| 256. | Zhang/Tiptop 686-689 | June 2, 2015 email from Yong Luo, HR Manager of SIPC with attached memo of management | E |

| | | meeting of SIPC (including English translation) | |
|---|---|---|---|
| 257. | Zhang/Tiptop 691 | June 3, 2015 email exchange between Jidong Zhang and Yong Luo of HR (including English translation) | E |
| 258. | Zhang/Tiptop 694-703 | Sinopec document dated January 1, 2015 (Chinese) (including English translation) | M |
| 259. | Zhang/Tiptop 704-715 | Sinopec document with 2011 incorporated (Chinese) (plus attachment not yet produced) (including English translation) | E |
| 260. | Zhang/Tiptop 1222-1227 | Sinopec regulation dated May 27, 2014 (Chinese) (including English translation) | M |
| 261. | Zhang/Tiptop 1228 | Email dated May 22, 2015 (including English translation) | E |
| 262. | Zhang/Tiptop 1229-1236 | Regulation/policy of May 22, 2015 (including English translation) | E |
| 263. | Zhang/Tiptop 1256-1261 | May 27, 2014 notice/regulation/policy (Chinese) (including English translation) | M |
| 264. | Zhang/Tiptop 1342-1344 | Expat Employee of U.S. Company Exit Interview Check List | M |
| 265. | Zhang/Tiptop 1345-1347 | Exit Interview Checklist (including English translation) | M |
| 266. | Zhang/Tiptop 1354-1362 | Labor (Employment) Agreement with contract date of January 1, 2009 | M |
| 267. | Zhang/Tiptop 1363-1373 | Labor (Employment) Agreement (including English translation) | M |
| 268. | Zhang/Tiptop 1374-1376 | Labor Contract for Jidong Zhang dated January 1, 2009 (excerpt) | M |
| 269. | Zhang/Tiptop 1377-1379 | Labor (Employment) Agreement (including English translation) | M |
| 270. | Zhang/Tiptop 1380 | Major Important Report Regarding 2 Employees of U.S. Company | E |
| 271. | Zhang/Tiptop 1381-1382 | Fax coversheet and Major Important Report Regarding 2 Employees (including English translation) | E |
| 272. | Zhang/Tiptop 1383-1387 | Request for Directions to Adjust the Return to Work at Headquarters of Wu Han and Zhang Jidong with attachments (Snap-shot of Comrade | E |

|  |  | Personnel Data) |  |
|---|---|---|---|
| 273. | Zhang/Tiptop 1388-1391 | Request for Directions to Adjust the Return to Work at Headquarters of Wu Han and Zhang Jidong with attachments  (including English translation) | E |
| 274. | Zhang/Tiptop 1392-1393 | Request for Reimbursement of Daily Expenses and/or Other Expenses | E |
| 275. | Zhang/Tiptop 1394 | Reimbursement Request (including English translation) | M |
| 276. | Zhang/Tiptop 1395-1396 | Request for Reimbursement of Daily Expenses and/or Other Expenses | M |
| 277. | Zhang/Tiptop 1397 | Request for Reimbursement (including English translation) | M |
| 278. | Zhang/Tiptop 1398 | Request for Reimbursement of Daily Expenses and/or Other Expenses | M |
| 279. | Zhang/Tiptop 1399 | Request for Reimbursement (including English translation) | M |
| 280. | Zhang/Tiptop 1400-1401 | Request for Reimbursement of Daily Expenses and/or Other Expenses | M |
| 281. | Zhang/Tiptop 1402 | Request for Reimbursement (including English translation) | M |
| 282. | Zhang/Tiptop 1403-1404 | Response (Notice/Memo) on Policy Regarding Overseas Employee Subsidy/Benefits Standard in the United States and its Related Matters dated April 17, 2015 | M |
| 283. | Zhang/Tiptop 1405-1406 | Response (Notice/Memo) on Policy Regarding Overseas Employee Subsidy/Benefits Standard in the United States and its Related Matters (including English translation) | M |
| 284. | Zhang/Tiptop 1407-1411 | Salary and Subsidy/Benefits Management and Implementation Policy For Overseas Employees from Home Country Assigned to the United States | E |
| 285. | Zhang/Tiptop 1412-1423 | Chinese document | E |
| 286. | Zhang/Tiptop 1424-1518 | Sinopec Employee Manual; Oklahoma Edition January 1, 2014 | M |
| 287. | Zhang/Tiptop 1519-1533 | Notice on Issuing Management Policy for Labor | M |

| | | Contract of Sinopec International Exploration and Production Corporation dated July 18, 2013 and attached Management Policy for Labor Contract of Sinopec | |
|---|---|---|---|
| 288. | Zhang/Tiptop 1534-1548 | Chinese document of Notice on Issuing Management Policy for Labor Contract (including English translation) | E |
| 289. | Zhang/Tiptop 1549-1554 | Notice on Issuing Management Regulations for Relatives' Accompaniment and Home Leave of Overseas Dispatched Staffs of Sinopec (Trail Version) attached with Management Regulations for Relatives' Accompaniment and Home Leave of Overseas Dispatched Staffs of Sinopec dated December 17, 2013 | E |
| 290. | Zhang/Tiptop 1555-1561 | Chinese document regarding Notice on Issuing Management Regulations for Relatives' Accompaniment and Home Leave of Overseas Dispatched Staffs of Sinopec  (including English translation) | E |
| 291. | Zhang/Tiptop 1562-1571 | Notice on Issuing Management Policy for Staff Job Rotation of Sinopec (Revised Version) dated May 22, 2015 with attached Management Policy for Staff Job Rotation of Sinopec | E |
| 292. | Zhang/Tiptop 1572-1581 | Chinese document regarding Notice of Issuing Management Policy for Staff Job Rotation of Sinopec (including English translation) | E |
| 293. | Zhang/Tiptop 1582 | Sinopec HR memorandum re: Notice on the Timing and Salary Issuance Entity Adjustment for Zhang Jidong dated June 27, 2012 | E |
| 294. | Zhang/Tiptop 1583-1584 | Chinese document regarding Sinopec HR memorandum (including English translation) | E |
| 295. | Zhang/Tiptop 1585 | Sinopec HR memorandum re: Notice of the Rotation and Salary Adjustment of Zhang Jidong and Four Others dated May 27, 2015 | E |
| 296. | Zhang/Tiptop 1586 | Chinese document regarding Sinopec HR memorandum (including English translation) | E |
| 297. | Zhang/Tiptop 1587-1590 | Regarding the Implementation of Uniformed and Revised/Tightened Absolute Financial Operation; Disciplines/Regulations, Expense | M |

| | | Reimbursement Reports, and Compensation | |
|---|---|---|---|
| 298. | Zhang/Tiptop 1591-1595 | Chinese document regarding Implementation of Uniformed and Revised/Tightened Absolute Financial Operation (including English translation) | M |
| 299. | Zhang/Tiptop 1596 | Text Message Exchanges Between Feng Li and Zhang Jidong | M |
| 300. | Zhang/Tiptop 1597 | Chinese text exchange between Feng Li and Zhang Jidong (including English translation) | M |
| 301. | Zhang/Tiptop 1599 | Chinese document (excerpt) (including English translation) | M |
| 302. | Zhang/Tiptop 1600-1607 | Weekly time sheet of May 22, 2015 | |
| 303. | Zhang/Tiptop 1608-1613 | Translation of Plaintiff's recording "JZ 160 1.4 Afternoon Talking with Mr. Wang (Total 1:19:49) | M |
| 304. | Zhang/Tiptop 1614-1619 | Translation of Plaintiff's recording "JZ161 1.4 Morning talking with Mr. Wang (Total 1:25:01) | M |
| 305. | Zhang/Tiptop 1620-1625 | Translation of Plaintiff's recording "JZ162 6.18 Morning Talking with Mr. Wang (Total: 26:42) | M |
| 306. | Zhang/Tiptop 1626-1639 | Translation of Plaintiff's recording "JZ163 5.22 Talking with Li Feng (Total 57:11) | M |
| 307. | Zhang/Tiptop 1640-1646 | Translation of Plaintiff's recording "JZ164 5.22 Talking with Wang (Total: 35:57) | M |
| 308. | Zhang/Tiptop 1647-1652 | Translation of Plaintiff's recording "JZ 165 6.1Talking with Mr. Wang and Xiang Jiang (Total:33:35) | M |
| 309. | Zhang/Tiptop 1653-1661 | Translation of Plaintiff's recording "JZ166 6.2 Talking with Mr. Wang (Total 50:10) | M |
| 310. | Zhang/Tiptop 1662-1663 | Translation of Plaintiff's recording "JZ167 6.3 Talking with Mr. Wang (Total 8:58) | M |
| 311. | Zhang/Tiptop 1664-1669 | Translation of Plaintiff's recording "JZ 168 6.4 Talking with Mr. Wang (Total: 29:39) | M |
| 312. | Zhang/Tiptop 1670-1677 | Translation of Plaintiff's recording "JZ169 6.9 Afternoon talk with wang (Total: 52.19) | M |
| 313. | Zhang/Tiptop 1678-1680 | Translation of Plaintiff's recording "JZ170 6.9 morning talk with Wang (Total: 16:41) | M |
| 314. | Zhang/Tiptop 1681 | Notarized affidavit of Vivan Josh, Court | M |

| | | Interpreter | |
|---|---|---|---|
| 315. | Zhang/Tiptop 1682-1684 | Chinese spreadsheet | M |
| 316. | Zhang/Tiptop 1685-1695 | Management Policy and Implementation Guidelines/Rules Regarding Salaries and Subsidies/Benefits of Expats from the Headquarters to U.S. Company | |
| 317. | Zhang/Tiptop 1696-1706 | Chinese document regarding Management Policy and Implementation of Guidelines/Rules Regarding Salaries and Subsidies/Benefits of Expats from the Headquarters to U.S. Company (including English translation) | E |
| 318. | Zhang/Tiptop 1707 | Jidong Zhang's W-2 Form and Tax Statement of 2013 | E |
| 319. | Zhang/Tiptop 1685-1706 | March 1, 2016 Management Policy and Implementation Guidelines/Rules regarding Salaries and Subsidies/Benefits of Expats from the Headquarters to U.S. Company (including Addendum not yet produced) (including English translation) | E |
| 320. | Not yet produced | 2012 Notice on Issuing Management Policy for Staff Job Rotation of Sinopec International Exploration and Production Corporation (not yet produced) (including English translation) | E |

Respectfully Submitted,

s/ J. Kelly Work
Attorney for Plaintiff
J. Kelly Work, OBA No. 9888
105 N. Hudson, Suite 304
Oklahoma City, Oklahoma 73102
Telephone: 405-232-2790
jkwork225@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of December, 2017, I electronically transmitted the attached *Plaintiff's Final Exhibit List* to the Clerk of the Court using the ECF System for filing.  Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Paige Hoster Good, OBA No. 31595
Timothy J. Bomhoff, OBA No. 13172
McAFEE & TAFT, P.C.
Tenth Floor, Two Leadership Square
211 N. Robinson Avenue
Oklahoma City, Oklahoma 73102
***Attorneys for Defendant Tiptop Energy***
***Production U.S., LLC***

J. Meghan Nylin
Marc H. Klein
THOMPSON & KNIGHT, LLP
1722 Routh Street, Suite 1500
Dallas, Texas 75201
***Attorneys for Defendant Tiptop Energy***
***Production U.S., LLC***

/s/ J. Kelly Work