IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF OKLAHOMA

JIDONG ZHANG,                           )
                                        )
                           Plaintiff,)
                                        )Case Number
vs.                                     )CIV-16-1044-D
                                        )
TIPTOP ENERGY PRODUCTION,               )
                                        )
                           Defendant.)
_____

DEPOSITION OF ZHUO WANG

TAKEN ON BEHALF OF THE PLAINTIFF

ON OCTOBER 26, 2017

IN OKLAHOMA CITY, OKLAHOMA

REPORTED BY:  BRENDA SCHMITZ, CSR, RPR
          CITY REPORTERS, INC.
     117 Park Avenue, Fourth Floor
     Oklahoma City, Oklahoma 73102
             (405)235-3376

EXHIBIT D

Zhuo Wang

Zhang v. Tiptop Energy Production                                    10/26/2017

```
 1   APPEARANCES:

 2

 3   FOR THE PLAINTIFF:

 4        MR. J. KELLY WORK
          Attorney at Law
 5        105 N. Hudson
          Suite 304
 6        Oklahoma City, Oklahoma   73102

 7

 8   FOR THE DEFENDANT:

 9        MS. MEGHAN NYLIN
          Thompson & Knight
10        One Arts Plaza
          1722 Routh Street
11        Suite 1500
          Dallas, Texas   75201

12

13

14   Also present:  Li Feng

15                  Jidong Zhang

16

17

18                    INDEX

19

20      DIRECT EXAMINATION BY MR. WORK ........... 4

21      CROSS EXAMINATION BY MS. NYLIN ...........36

22

23

24

25
```

Zhuo Wang

Zhang v. Tiptop Energy Production                                 10/26/2017

```
 1              STIPULATIONS
 2        It is hereby stipulated and agreed by and
 3   between the parties hereto, through their respective
 4   attorneys, that the deposition of ZHUO WANG may be
 5   taken on behalf of the Plaintiff on OCTOBER 26, 2017
 6   in the City of Oklahoma City, Oklahoma by Brenda
 7   Schmitz, Certified Shorthand Reporter within and for
 8   the State of Oklahoma, taken by agreement pursuant
 9   to the Federal Rules of Civil Procedure.
10        It is further stipulated and agreed by and
11   between the parties hereto, through their respective
12   attorneys, that all objections, except as to the
13   form of the question and the responsiveness of the
14   answer, are reserved until the time of trial, at
15   which time they may be made with the same force and
16   effect as if made at the time of the taking of this
17   deposition.
18
19
20
21
22
23
24
25
```

```
 1      And thereupon the following witness was produced

 2   by the Plaintiff:

 3                     ZHUO WANG,

 4   the witness hereinbefore named, being first duly

 5   cautioned and sworn to testify the truth, the whole

 6   truth, and nothing but the truth, testified on her

 7   oath as follows:

 8                   DIRECT EXAMINATION

 9   BY MR. WORK:

10        Q.   Could you please state your name?

11        A.   My first name is Z-H-U-O, last name

12   W-A-N-G.  But I go by Zoe.

13        Q.   All right.  And where do you live?

14        A.   I live in Edmond.

15        Q.   What's your residence address?

16        A.


18        Q.   And where are you employed?

19        A.   Tiptop Oil and Gas US, LLC.

20        Q.   And how long have you been employed there?

21        A.   From December 20, 2014.

22        Q.   What is your educational background?

23        A.   Master of accounting.

24        Q.   Accounting?

25        A.   Yeah.
```

```
 1          A.    Yes.
 2          Q.    Were you told what the reason was for
 3     that?
 4          A.    You mean in the meeting?
 5          Q.    Well, what were you told about why Susan
 6     was going to no longer be the financial manager?
 7          A.    What I know is she had a green card.
 8          Q.    And how does that relate to her no longer
 9     being the financial manager?
10          A.    That's SIPC policy.
11          Q.    Okay.
12          A.    Yeah.
13          Q.    But you can't be a manager if you have a
14     green card?
15          A.    Yes.
16          Q.    Is that the policy?
17          A.    I never read that policy.
18          Q.    Okay.  I'm just asking what your
19     understanding was or what you were told.
20          A.    Oh, yes.
21          Q.    So is that your understanding?
22          A.    Yes.
23          Q.    That she was removed as financial manager
24     because she had a green card; is that correct?
25          A.    Yes.
```

Zhuo Wang
Zhang v. Tiptop Energy Production                                    10/26/2017

```
 1        Q.    Okay.   During the time that Susan was
 2    pregnant, were you ever given any instructions or
 3    direction by Xiang Jiang, the financial manager,
 4    about Susan's pregnancy?
 5        A.    What do you mean for instruction.
 6    Instruction?
 7        Q.    I mean, did he tell you how you should
 8    respond to her or whether or not you should interact
 9    with her or have -- speak to her, or did he give you
10    any kind of instructions --
11        A.    No.
12        Q.    -- about Susan --
13        A.    No.
14        Q.    -- during her pregnancy?
15        A.    No.
16        Q.    Were you ever instructed to stay away from
17    Susan by anyone at Tiptop?
18        A.    No.
19        Q.    Were you ever instructed not to speak to
20    her?
21        A.    No.
22        Q.    Were you ever instructed not -- excuse me,
23    were you ever instructed by anyone at Tiptop to
24    avoid interacting with Susan?
25        A.    Avoid interacting.  No.
```

```
 1         Q.    Were you ever at a meeting with the

 2    financial manager, Xiang Jiang, where he instructed

 3    Tiptop employees not to engage with Susan?

 4         A.    Nope.

 5         Q.    Did you ever hear about any -- that

 6    instruction being given to the Chinese expatriate --

 7         A.    No.

 8         Q.    -- employees?  And please wait, let me

 9    finish my question before you try to answer.

10         A.    Uh-huh.

11         Q.    Just so the record is clear.

12         A.    Uh-huh.

13         Q.    During Susan's pregnancy, were you ever

14    given any instructions by President Wang about how

15    you should respond to Susan?

16         A.    No.  Oh.  No.  But Mr. Wang told me Susan

17    is a hard worker and I need to just learn more from

18    her.  Yeah.

19         Q.    When did he tell you that?

20         A.    I forgot about time, but he told me

21    several times.

22         Q.    Okay.  Was that shortly after you started

23    working at Tiptop?

24         A.    Yeah, and shortly after I working at

25    Tiptop, he told me about that.  Because I need to go
```

Zhuo Wang

10/26/2017

```
 1          Q.    Why did that not apply to you?

 2          A.    I'm local.

 3          Q.    You're considered a local employee?

 4          A.    Uh-huh.  Yes, I'm not a full employee in

 5   Tiptop at that time, I'm just an intern.

 6          Q.    At the time you were pregnant?

 7          A.    Yes.

 8          Q.    You were still an intern?

 9          A.    Yes.

10          Q.    All right.  Well, do you have any

11   knowledge of work being withheld from Susan or taken

12   away from Susan during the time she was pregnant?

13          A.    I -- I noticed she had less job than

14   before.

15          Q.    What did you notice about that?

16          A.    I can't forgot, sorry.

17          Q.    You said that you noticed that she had

18   less job than before.  Is that what you said?  Can

19   you just explain what you mean by that?

20          A.    Let me recall my memory.  Because before

21   Susan always worked late, and she work sometimes

22   during the weekend, but after they knew she was

23   pregnant, she just -- she just go back home right

24   after the work.  So that is why I thought her job is

25   worse now, much as before.
```

Zhuo Wang

Zhang v. Tiptop Energy Production                    10/26/2017

Page 31

```
 1        Q.    She wasn't working as many hours as
 2   before?
 3        A.    She always worked late.
 4        Q.    Okay.  All right.  Anything else that you
 5   know about that, about the issue of whether or not
 6   there was any work that was being withheld from her
 7   by Tiptop or taken away from her by Tiptop during or
 8   after her pregnancy?
 9        A.    No one told me about that, just I felt she
10   has less job, she had less jobs than before.
11        Q.    Just from what you observed?
12        A.    Yes.
13        Q.    Okay.  No one told you anything about
14   that?
15        A.    Yes.
16        Q.    Okay.  Were you ever asked to report on
17   Susan's activities to anyone at Tiptop management?
18        A.    No.
19        Q.    Were you ever asked to notice or to watch
20   when Susan was at work or not at work?
21        A.    No.
22        Q.    Did you ever report to President Wang when
23   Susan was at work or not at work?
24        A.    Nope.
25        Q.    How about to the financial manager, to
```

```
 1   Xiang Jiang, did you ever report to him when Susan

 2   was at work or not at work?

 3        A.   I think just once he ask me if she come --

 4   she comes to work or not.

 5        Q.   When was that?

 6        A.   I think it's summertime, but I cannot

 7   forgot.

 8        Q.   Do you remember, was it before or after --

 9        A.   Before she --

10        Q.   -- Susan had left for maternity leave?

11        A.   Before.

12        Q.   It was before?

13        A.   Uh-huh.

14        Q.   While she was still there?

15        A.   Yes.

16        Q.   Okay.  And what did you understand he was

17   asking of you?

18        A.   I really don't know.  I didn't ask the

19   reason.

20        Q.   Okay.

21        A.   I just tell him.

22        Q.   Did he ask you to do anything?

23        A.   No.

24        Q.   Did you ever report back to him at a later

25   time about whether or not Susan was at work or not
```

Zhuo Wang
Zhang v. Tiptop Energy Production                                    10/26/2017

Page 39

```
 1   complaint about Mr. Jiang's duties as a financial
 2   manager and whether he misused those or -- or
 3   committed any financial fraud?
 4        A.   I didn't hear about that.  I don't know
 5   about that.
 6        Q.   Did he give you any details at all when he
 7   said that Susan sued Mr. Jiang, Mr. Wang, and Tina?
 8        A.   No.
 9        Q.   Okay.  Did you ever have the understanding
10   that Mr. Jiang did not want Susan to access certain
11   financial information?
12        A.   Okay.  There's -- I can remember when that
13   was, but Mr. Jiang, financial manager, he was on a
14   vacation or business trip, he's not in -- he was not
15   in the company at that time, and Susan asked to
16   enter the file room, but before Mr. Jiang left, he
17   told me "just don't let anyone into that room", so
18   Susan asked me the key to the room and I said, "I
19   don't have a key".
20        Q.   Do you know why he asked you that?
21        A.   I don't know.
22        Q.   Did he mention that that had anything to
23   do with Susan's pregnancy?
24        A.   No.
25        Q.   Do you know whether that had anything to
```

Zhuo Wang
Zhang v. Tiptop Energy Production                                10/26/2017

Page 40

```
 1    do with Susan's pregnancy?
 2         A.    I don't think so.
 3         Q.    And why do you say "I don't think so"?
 4         A.    Why Susan was pregnant and don't let her
 5    into the file room, so it's not related.
 6         Q.    Okay.
 7         A.    No.
 8         Q.    From your perspective, did you stop
 9    talking to Susan after she told everyone within
10    Tiptop that she was pregnant with her second child?
11              MR. WORK:  Object to the form.
12              THE WITNESS:  Can you repeat that, repeat
13    that again so I can understand clearly?
14         Q.    Yes.
15         A.    Uh-huh.
16         Q.    Did you stop talking to Susan after she
17    informed everyone at Tiptop that she was pregnant
18    with her second child?
19              MR. WORK:  Object to the form.
20              THE WITNESS:  I didn't stop talk to her, I
21    still talked to Susan.  No.
22         Q.    Were you friends with Susan?
23         A.    Yeah, I was friends with Susan.  And I
24    didn't talk to her too much after that, but by the
25    left, I was still talking and when she had the baby,
```

Zhuo Wang

Zhang v. Tiptop Energy Production                                    10/26/2017

Page 41

```
 1   I was at the hospital, see the baby, and I went to

 2   her house, too, after she went back to her home.

 3        Q.   Do you recall whether Susan told you

 4   anything about becoming a local employee if she

 5   resigned her employment?

 6        A.   I hear Susan tell me that Mr. Wang called

 7   her to quit the job and then Tiptop going to hire

 8   her as a local employee.

 9        Q.   Did she tell you anything else about that?

10        A.   Oh.  Susan said -- Susan just can't

11   believe -- can't trust him.

12        Q.   So she didn't accept that offer because

13   she didn't trust Mr. Wang?

14        A.   Probably.

15             MS. NYLIN:  Okay.  Unless there's any

16   follow-up, I don't have any additional questions.

17             MR. WORK:  I don't have any further

18   questions.

19             MS. NYLIN:  And we'll request the ability

20   to read and sign.

21             MR. WORK:  She'll prepare the transcript

22   of the deposition, you'll get an opportunity to read

23   it and --

24             THE WITNESS:  Okay.

25             MR. WORK:  -- make corrections if you feel
```

```
1                          ERRATA SHEET

2              WITNESS: ZHUO WANG

3              DATE: OCTOBER 26, 2017

4              REPORTER:  Brenda Schmitz, CSR, RPR

5     NO CORRECTIONS ARE NECESSARY _____

6     PAGE   LINE   CORRECTION              REASON

7     ____   ____   _____

8     ____   ____   _____

9     ____   ____   _____

10    ____   ____   _____

11    ____   ____   _____

12    ____   ____   _____

13    ____   ____   _____

14    ____   ____   _____

15    ____   ____   _____

16    ____   ____   _____

17    ____   ____   _____

18    ____   ____   _____

19    ____   ____   _____

20    ____   ____   _____

21    ____   ____   _____

22    ____   ____   _____

23    ____   ____   _____

24    ____   ____   _____

25    ____   ____   _____
```

Zhuo Wang

Zhang v. Tiptop Energy Production                                    10/26/2017

Page 44

```
 1                              JURAT

 2        I, ZHUO WANG, do hereby state under oath that

 3   I have read the above and foregoing transcript in

 4   its entirety, and that the same is a full, true, and

 5   correct transcription of my testimony so given at

 6   said time and place, except for the corrections

 7   noted.

 8

 9                        _____

                          ZHUO WANG
10

11        SUBSCRIBED AND SWORN TO BEFORE ME, the

12   undersigned Notary Public in and for the State of

13   _____ on this, the _____ day of

14   _____, 2017.

15

16                        _____

                          Notary Public
17

18   My Commission Expires: _____

19

20

21

22

23

24        REPORTED BY:  BRENDA SCHMITZ, CSR, RPR

25
```

```
 1                      CERTIFICATE

 2   STATE OF OKLAHOMA    )
                          )   SS:
 3   OKLAHOMA COUNTY      )

 4        I, Brenda Schmitz, Certified Shorthand Reporter

 5   within and for the State of Oklahoma, do hereby

 6   certify that the above-named ZHUO WANG was by me

 7   first duly sworn to testify to the truth, the whole

 8   truth, and nothing but the truth in the case

 9   aforesaid; that the above and foregoing deposition

10   was by me taken in shorthand and thereafter

11   transcribed; that the same is true and correct; and

12   that it was taken on OCTOBER 26, 2017 at the time of

13   2:20 p.m. in the City of Oklahoma City, County of

14   Oklahoma, State of Oklahoma under the stipulations

15   hereinbefore set out, and that I am not attorney for

16   or relative of any of said parties or otherwise

17   interested in the event of said action.

18        IN WITNESS WHEREOF, I have hereunto set my hand

19   and official seal this 10th day of November, 2017.

20

21   _____
     BRENDA SCHMITZ, CSR, RPR
     Oklahoma Certified Shorthand Reporter
22   Certificate No. 00823
     Expires: December 31, 2017
23

24

25
```