# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JIDONG ZHANG ) | |
| ) | |
| PLAINTIFF, ) | CASE NO. CIV-16-1044-SLP |
| ) | |
| v. ) | |
| ) | |
| TIPTOP ENERGY PRODUCTION ) | |
| U.S., LLC, a limited liability company, ) | |
| ) | |
| ) | |
| DEFENDANT. ) | |

**PLAINTIFF'S RESPONSE AND BRIEF IN OPPOSITION
TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff's Exhibit 7 filed under seal.