

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Oklahoma City Area Office

215 Dean A. McGee Ave, Suite 524
Oklahoma City, OK 73102
(405) 231-4911
TTY (405) 231-5745
FAX (405) 231-4125

June 21, 2016

Ms. Jidong Zhang
14616 Waterfront Rd
Edmond, OK 73013

Dear Ms. Zhang:

We have completed a careful review of the charges of employment discrimination (564-2015-01130, 564-2015-01131, 564-2016-00649) you filed against TIPTOP ENERGY PRODUCTION US, LLC and SINOPEC INTERNATIONAL PETROLEUM EXPLORATION & PROD (SIPC).

Our review included an assessment of all the information offered by the employer and you. As a result of our review of the matter, we have made a preliminary decision to dismiss the charge on or about June 30, 2016. Based on our review of the available evidence, we do not believe it can be established that the employer has discriminated against you based on your sex, pregnancy, disability, perceived disability, national origin, retaliation or for any other reason prohibited by the laws we enforce.

Rather, the available evidence indicates that you have worked for Sinopec for several years and during that time you moved to various locations in multiple countries. You were promoted during that time. You had a child in the United States during that time and did not travel to China to have the child, and were not demoted from your position although Respondent was aware that you gave birth. You continued to work for Tiptop in the U.S. and receive the benefits of working under Sinopec. A policy was implemented by Sinopec that required Chinese Citizens in their employ and their immediate family members to not pursue citizenship or permanent resident status while working for Sinopec or their subsidiaries, or those in certain key finance or management positions would be demoted. Although you and your family had already obtained permanent resident status &/or citizenship, there is no evidence showing this policy was not applied to all employees who are Chinese citizens.

There was an additional policy implemented stating that Chinese citizens working under Sinopec or their subsidiaries would be required to return to China to give birth which appears to have been instituted after your first child was born. There is no evidence to demonstrate that this policy is not applied to all employees who are Chinese citizens. You received the time off for the birth of your child that was afforded to you because you are a Chinese citizen. This does not appear to be the usual benefit afforded to American citizens working for Tiptop. There is insufficient evidence to show that you were treated differently after your return to work after having several months off for the birth of your second child.

There is insufficient evidence to show that payments to you were individually removed from benefit plans that included rent, utilities, housekeeping, vehicle rent or payments, etc. and other Chinese citizens in the U.S. were not. Finally, the EEOC lacks jurisdiction over the actions and policies of Sinopec because it is not located in the United States or its territories. There is insufficient evidence to indicate that your sex, pregnancy, disability, perceived disability, national origin, retaliation or any other prohibited factor was involved in the employers' actions. Absent

Exhibit 1

Zhang/Tiptop 000992

more specific evidence of discrimination from you, we decline to take further action on the charge because there is no indication that further investigation or other use of our limited resources will result in sufficient evidence to establish a violation of the laws we enforce.

If you have additional evidence to offer in support of your allegations, you should submit it in writing and direct it to the attention of Investigator, Wendy Trefethren, via mail, fax to 405-231-4140, or e-mail to Wendy.Trefethren@EEOC.Gov or contact me via telephone at 405-231-5623 to ensure our receipt before June 29, 2016. If your charge is dismissed on or about June 30, 2016, you will be issued a Dismissal and Notice of Rights to sue. The dismissal notice will explain your right to pursue the matter by filing a lawsuit in federal court within 90 days of your receipt of the notice. Once you receive the Dismissal and Notice of Rights, you may also request a copy of your administrative file from EEOC.

We hope this information is helpful to you.

Sincerely,

*W Trefethren*

Federal Investigator

CC: Kelly Works

Zhang/Tiptop 000993